IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01001-KLM

HEATHER BROWN,

    Plaintiff,

v.

THE 4 SPIRITS GUIDE, CORP., d/b/a Swig Tavern,
SHAWNA SODERMAN, an individual, and
STEVE SODERMAN, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Settlement Conference** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **DENIED**. Private mediation is available to the parties, and they have not indicated why that option is not feasible.

    Dated: July 2, 2021