UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

|  |  |
|---|---|
| **HEATHER REYNOLDS** f/k/a Heather Brown**,** |  |
|  |  |
| Plaintiff, |  |
|  | Case No. 1:21-cv-1001 |
| v. |  |
|  |  |
| **THE 4 SPIRIT GUIDES, CORP.** d/b/a Swig Tavern, **SHAWNA SODERMAN,** an individual, and **STEVE SODERMAN,** an individual, |  |
|  |  |
| Defendants. |  |
|  |  |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other.  Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

MILGROM & DASKOM                                          ANDERSONDODSON, P.C.

*Amanda Milgrom*                                                  s/*Penn Dodson*
_____                              _____
Amanda Milgrom, Esq.                                         Penn Dodson
amanda.milgrom@milgromlaw.com                  penn@andersondodson.com

10

1550 Larimer Street, #503  
Denver, CO  80202

Attorney for Defendants

11 Broadway, Suite 615  
New York, NY  10004

Attorney for Plaintiff

SO ORDERED:

_____  
U.S.D.J

Dated: _____

11