IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01001-KLM

HEATHER BROWN,

    Plaintiff,

v.

THE 4 SPIRITS GUIDE, CORP., d/b/a Swig Tavern,
SHAWNA SODERMAN, an individual, and
STEVE SODERMAN, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation of Dismissal With Prejudice** [#32] ("Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Stipulation [#32] is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and without fees or costs to any party. The Clerk of Court shall close this case.

    Dated: January 28, 2022